UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: ESTATE OF OSCAR LUIS
ANGELES

_____

OSCAR LUIS ANGELES

    Plaintiff,

v.                                                                       Case No.:  2:26-cv-364-SPC

ADISLEY CORTEZ-RODRIGUEZ,
United States Trustee,

    Defendant.

_____

**<u>ORDER</u>**

This matter comes before the Court on *sua sponte* review of the file.  In November 2025, Plaintiff Oscar Luis Angeles filed a voluntary chapter 11 bankruptcy petition.  *See In re Angeles*, 2:25-bk-2275-FMR, Doc. 1 (Bankr. M.D. Fla. Nov. 17, 2025).  He subsequently filed a Motion to Withdraw the Reference under 28 U.S.C. § 157(d) here.  (Doc. 1).  This section permits or mandates (depending on the circumstance) a district court to withdraw a case or proceeding from the bankruptcy court.[1]  *See* 28 U.S.C. § 157(d).  But since

---

[1] Plaintiff seeks to withdraw civil RICO claims, a Fifth Amendment due-process challenge, and a federal standing concern.  (Doc. 1).  But he does not identify the proper defendants. The closest he comes is his broad reference to "creditors and their agents."  (Doc. 1 at 2). Ultimately, naming the bankruptcy trustee as a party appears improper.

filing the present motion, the bankruptcy court dismissed Plaintiff's bankruptcy petition. *See In re Angeles*, 2:25-bk-2275, Doc. 80 (Bankr. M.D. Fla. March. 30, 2026) (granting motion to dismiss case). Thus, Plaintiff's motion to withdraw the reference is moot.

Accordingly, it is

**ORDERED:**

(1)     Plaintiff's motion to withdraw the reference (Doc. 1) is **DENIED as moot**.

(2)     The Clerk is **DIRECTED** to close the case.

**DONE** and **ORDERED** in Fort Myers, Florida, on April 23, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2